In the Matter of the Estate of ANN R. WHITEFORD, Deceased. ALICE M. OGDEN, as Executrix of ANN R. WHITEFORD, Deceased, et al., Appellants; WILLIAM C. WHITEFORD, Respondent.—

Reynolds, J. P., Staley, Jr., Greenblott, Cooke and Sweeney, JJ., concur. [61 Misc 2d 402.]